IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. ANTHONY TORRES D.O.,** : | **CIVIL ACTION NO. 1:21-CV-2056** |
| **Individually, and on behalf of all** : | |
| **other similarly situated consumers,** : | **(Judge Conner)** |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **EQUIFAX INFORMATION** : | |
| **SERVICES, LLC,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 27th day of March, 2024, upon consideration of the motion (Doc. 104) for summary judgment filed by defendant Equifax Information Services, LLC ("Equifax"), and the parties' respective briefs in support thereof and in opposition thereto, and further upon consideration of Equifax's motions (Docs. 142, 144) to exclude expert testimony, and plaintiff Dr. Anthony Torres's motions for class certification and to strike the declaration of Marsha Tiaranai, (Docs. 53, 102, respectively), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Equifax's motion (Doc. 104) for summary judgment is GRANTED.

2. Dr. Torres's motions for class certification and to strike the declaration of Marsha Tiaranai (Docs. 53, 102, respectively), as well as Equifax's motions to exclude expert testimony (Docs. 142, 144), are DISMISSED as moot.

3. The Clerk of Court shall enter judgment on behalf of Equifax and against Dr. Torres.

4.    The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania