AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Dr. Anthony Torres <br> *Plaintiff* <br> v. <br> Equifax Information Solutions, LLC <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:21-CV-2056 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is ENTERED on behalf of Equifax and against Dr. Torres.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Christopher C. Conner

Order filed March 27, 2024 (Doc 189)

Date: March 27, 2024

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*